# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| In re: | Case No.  LA 01- |
|---|---|
| **BMK, INC.**, a Texas corporation, | Chapter  11 |
| Debtor. | |

## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2(2)(b)

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any co-partnership or joint venture of which the debtor is or formerly was a general or limited partner, or member or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and Court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate.)

    N/A

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and Court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate.)

    N/A

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.)

    See attached List of Affiliates Filing Contemporaneously

BMK 1015 Form.DOC

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.)

N/A

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of December 2001, at City of Commerce, California.

_____
RICHARD CRAIG, President

BMK 1015 Form.DOC

## List of Affiliates Filing Contemporaneously

(1) BMK, Inc., a Texas corporation
(2) Jacks Service Company, an Oklahoma corporation
(3) Kasch Merchandising, Inc., a Delaware corporation
(4) Nationmark Merchandising & Distributing Company, a Delaware corporation
(5) Somody Merchandising, Inc., a Delaware corporation
(6) Wasatch Service & Supply, Inc., a Utah corporation
(7) WESCO Merchandising, Inc., a Delaware corporation
(8) Outsource Merchandising Corp., a Delaware corporation