

1  TONYA A. TRUMM (WI Bar No. 1034790)
2  Godfrey & Kahn, S.C.
   780 North Water Street
3  Milwaukee, Wisconsin 53202
   Telephone: (414) 273-3500
4  Facsimile: (414) 273-5198

5  Attorney for Creditor

6

7

8

9

**FILED**
JAN 23 2002

**ENTERED**
JAN 25 2002

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

10  In reply to

11  BMK, Inc.; Jacks Service Company; Kasch
12  Merchandising, Inc.; Outsource Merchandising
    Corp.; Nationmark Merchandising & Distribution
13  Company; Somody Merchandising, Inc.; Wasatch
    Service & Supply, Inc. and WESCO
14  Merchandising, Inc.

15                        Debtors.

16  ───────────────────────────────

17  Tax I.D. Nos, respectively: 95-876917; 73-
    0748856; 95-4761834; 95-4640789; 95-4672501;
18  75-4776273; 87-0288476

19  ───────────────────────────────

20  **Check One or More as Appropriate:**
    Affects All Debtors: ☐
21  Affects BMK, Inc: ☐
    Affects Jacks Service Comp: ☐
22  Affects Kasch Merchandising, Inc: ☒
    Affects Outsource Merchandising Corp: ☐
23  Affects Nationmark Merchandising: ☒
    Affects Somody Merchandising, Inc: ☐
24  Affects Wasatch Service & Supply, Inc.: ☐
    Affects WESCO Merchandising, Inc.: ☐

25

26

27

28

Bk. Case No: LA-01-45961-AA

Chapter 11

(Jointly Administered with Case Nos.:
LA-01-45965-AA;
LA-01-45969-AA;
LA-01-45971-AA;
LA-01-45972-AA;
LA-01-45975-AA;
LA-01-45976-AA; and
LA-01-45979-AA)

**STIPULATION BETWEEN DEBTORS AND
JEFFREY KASCH TO EXTEND
OPPOSITION DEADLINES; ORDER
THEREON**

Date:  January 30, 2002
Time:  10:30 a.m.
Place: Courtroom 1375
       255 E. Temple Street
       Los Angeles, CA

**ORIGINAL
STAMPED IN RED**

1

**TO:**   **THE HONORABLE ALAN M. AHART, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE AND TO ALL PARTIES-IN-INTEREST HEREIN:**

**IT IS HEREBY STIPULATED**, by and between the Debtors and Jeffrey Kasch, a creditor herein ("Kasch"), by and through their respective attorneys of record, with reference to the following facts:

1.      On December 3, 2001, the Debtors commenced their cases under Chapter 11 of the United States Bankruptcy Code.

2.      On December 5, 2001, the Court entered its Orders providing for joint administration of the Debtors' cases.

3.      The Debtors are operating their businesses and managing their properties as debtors in possession in accordance with sections 1107(a) and 1108 of the United States Bankruptcy Code.

4.      On or about January 4, 2002, the Debtors filed the Motion of Kasch Merchandising, Inc. for Authority to Transfer Certain of Its Assets and Operations to Nationmark Merchandising & Distribution Company to be heard on January 30, 2002 at 10:30 a.m.

5.      Kasch requests further time to analyze this motion.

**WHEREFORE**, the Debtors and Kasch hereby stipulate to the following:

a.      The time for Kasch to file and serve his response to the motion will be extended from January 16, 2002 to January 22, 2002; provided, however, that such response shall be served on counsel for the Debtors no later than January 21, 2002.

b.      The time for the Debtors to file and serve their reply to the motion will be extended from January 23, 2002 to January 28, 2002.

DATED: January *19*, 2002                    GODFREY & KAHN, S.C.

By: _____
Tonya A. Trumm
Attorney for Jeffrey Kasch

*[Signature Continued on Next Page...]*

1   DATED: January 22, 2002

2

3

4

5

6

7   **IT IS SO ORDERED.**

8

9   DATED: 1/23/02

10

PEITZMAN, GLASSMAN, WEG &
KEMPINSKY LLP

By:

Lawrence Peitzman
David Shemano
Reorganization Counsel for Debtors and
Debtors-in-Possession

THE HONORABLE ALAN M. HART
UNITED STATES BANKRUPTCY JUDGE

| In re (SHORT TITLE) | CHAPTER 11   CASE NUMBER: LA 01-45961-AA |
|---|---|
| BMK, INC., et al., | (Jointly Administered with Case Nos.: LA 01-45965-AA; LA 01-45969-AA; LA 01-45971-AA; LA 01-45972-AA; LA 01-45975-AA; LA 01-45976-AA; and LA 01-45979-AA) |
| Debtor(s). | |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1.   You are hereby notified, pursuant to Local Bankruptcy Rule 116(1)(a)(iv), that a judgment or order entitled,
(specify):

### JAN 25 2002

**STIPULATION BETWEEN DEBTORS AND JEFFREY KASCH TO EXTEND OPPOSITION DEADLINES; ORDER THEREON**

### JAN 25 2002

was entered on (specify date):

2.   I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):

### JAN 25 2002

DATED:   **JAN 25 2002**

JON D. CERETTO
Clerk of the Bankruptcy Court

by: _____

**IN RE BMK
CH 11 CASE NO. LA-01-45961-AA
SERVICE LIST**

**Counsel for Secured Lenders**
Jeff J. Marwil, Esq.
Katten Muchin Zavis
525 West Monroe Street
Suite 1600
Chicago, IL 60661-3693

**Creditors' Committee Counsel**
David Weinstein, Esq.
Weinstein, Eisen & Weiss
1925 Century Park East
Suite 1150
Los Angeles, CA 90067

**US Trustee**
Office Of The United States Trustee
221 N. Figueroa Street
Suite 800
Los Angeles, CA 90012

**Proposed Reorganization Counsel**
David Schemano, Esq.
Peitzman, Glassman & Weg LLC
1801 Avenue of the Stars
Ste. 1225
Los Angeles, CA 90067

Attorney for Creditor
TONYA A. TRUMM
Godfrey & Kahn, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202